

# Fourth Court of Appeals
## San Antonio, Texas

February 6, 2014

No. 04-13-00856-CV

**IN THE INTEREST OF A.R.**,

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02727
Honorable Richard Price, Judge Presiding

# O R D E R

This is an accelerated appeal from the trial court's final order terminating appellant Erica B.'s parental rights. Appellant's court-appointed appellate counsel has filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. *See In re RR*, No. 04-03-00096-CV, 2003 WL 21157944 (Tex. App.—San Antonio, May 21, 2003, order) (holding that *Anders* procedures apply to appeals from orders terminating parental rights), *disp. on merits*, 2003 WL 22080522 (Tex. App.—San Antonio, Sept. 10, 2003, no pet.)(mem. op.). Counsel states he has provided copies of the brief and motion to withdraw to appellant and informed appellant of her right to review the record and file her own brief. *See id.*; *Nichols v. State*, 954 S.W.2d 83, 85-86 (Tex. App.—San Antonio, July 23, 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).

If appellant desires to file a pro se brief, **we order that she do so by February 26, 2014.** If appellant files a timely pro se brief, appellee may file a responsive brief no later than twenty days after appellant's pro se brief is filed in this court. Alternatively, if appellant does not file a timely pro se brief, appellee may file a brief in response to counsel's brief no later than **March 18, 2014**. We further **order** the motion to withdraw filed by appellant's counsel is held in abeyance pending further order of the court.

We further **order** the clerk of this court to serve a copy of this order on appellant and all counsel.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of February, 2014.

Keith E. Hottle
Clerk of Court